UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON CASTLE BROWN, JR., | Case No. CV 15-268-CAS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| TIM V. VARGA, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 1/21/15

_____
Christina A. Snyder
United States District Judge